IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER RAMOS-RIVAS,<br><br>Defendant. | 8:23CR34<br><br><br>PRELIMINARY ORDER<br>OF FORFEITURE |

This matter is before the Court upon the government's Motion for Preliminary Order of Forfeiture (Filing No. 27). The Court has carefully reviewed the record in this case and finds as follows:

1. On August 30, 2023, defendant Christopher Ramos-Rivas ("Ramos-Rivas") pleaded guilty to Count I of the Indictment (Filing No. 1) and admitted the Forfeiture Allegation. Count I charged Ramos-Rivas with possession with intent to distribute 50 grams or more of actual methamphetamine, in violation of 21 U.S.C. § 841(a)(l) and 841(b)(l).

2. The Forfeiture Allegation sought the forfeiture, pursuant to 21 U.S.C. § 853, of $9,159 in United States currency seized from Ramos-Rivas on or about December 30, 2022, on the basis that it was (a) used to facilitate the offense charged in the Indictment or (b) derived from proceeds obtained directly or indirectly as a result of the commission of the offense charged in the Indictment.

3. Based on Ramos-Rivas's guilty plea and admission, Ramos-Rivas forfeits his interest in the $9,159 in United States currency pursuant to 21 U.S.C.§ 853.

4. The government's Motion for Preliminary Order of Forfeiture is granted.

IT IS ORDERED:

1. The government's Motion for Preliminary Order of Forfeiture (Filing No. 27) is granted.

2. Based upon the Forfeiture Allegation of the Indictment (Filing No. 1) and Ramos-Rivas's guilty plea and admission, the government is hereby authorized to seize the $9,159 in United States currency.

3. Ramos-Rivas's interest in the $9,159 in United States currency is hereby forfeited to the government for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n)(1).

4. The $9,159 in United States currency is to be held by the government in its secure custody and control.

5. Pursuant to 21 U.S.C. § 853(n)(1), the government shall publish for at least thirty consecutive days on an official internet government forfeiture site, www.forfeiture.gov., notice of this Preliminary Order of Forfeiture, notice of publication evidencing the government's intent to dispose of the property in such manner as the Attorney General may direct, and notice that any person, other than Ramos-Rivas, having or claiming a legal interest in any of the subject property must file a Petition with the Court within thirty days of the final publication of notice or of receipt of actual notice, whichever is earlier.

6. The published notice shall state the Petition referred to in Paragraph 5, above, shall be for a hearing to adjudicate the validity of the Petitioner's interest in the $9,159 in United States currency, shall be signed by the Petitioner under penalty of perjury, and shall set forth the nature and extent of the Petitioner's right, title, or interest in the $9,159 in United States currency and any additional facts supporting the Petitioner's claim and the relief sought.

7. The government may also, to the extent practicable, provide direct written notice to any person known to have an interest in the $9,159 in United States currency as a substitute for published notice as to those persons so notified.

8. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

Dated this 11th day of September 2023.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge