IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER RAMOS-RIVAS,<br><br>Defendant. | 8:23CR34<br><br><br>ORDER |

This matter is before the Court upon the government's Motion to Dismiss Forfeiture Allegation (Filing No. 34) of the Indictment (Filing No. 1) regarding $9,159 in United States currency that was administratively forfeited by the Federal Bureau of Investigation. Upon careful review of the government's motion and the record in this case, the Court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1. The government's Motion to Dismiss Forfeiture Allegation (Filing No. 34) is granted.
2. The Forfeiture Allegation of the Indictment is dismissed.
3. The government's Motion for Final Order of Forfeiture (Filing No. 31) is denied as moot.

Dated this 4th day of December 2023.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge